# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | 17-14335 |
| | ) | |
| BLEUSETTE MORRIS, | ) | Chapter 13 |
| | ) | |
| Debtor(s). | ) | Judge COX |

## NOTICE OF MOTION

*To the following persons or entities who were served via electronic mail by the Bankruptcy Court:*

U.S. Bankruptcy Trustee: USTPRegion11.ES.ECF@usdoj.gov
MO Marshall: courtdocs@chi13.com

*To the following persons or entities who were served via regular U.S. Mail:*

See attached service list

PLEASE TAKE NOTICE that on May 17, 2021, at 9:00 am, I will appear before the Honorable Judge Cox, or any judge sitting in that judge's place, and present the Motion to Reopen Case to Enter a Discharge, a copy of which is attached.

**This motion will be presented and heard electronically using Zoom for Government.** No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video,** use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

**To appear by telephone,** call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

**Meeting ID and password.** The meeting ID for this hearing is 161 273 2896 and the password is 778135. The meeting ID can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

/s/ David M. Siegel, A.R.D.C. #6207611

## PROOF OF SERVICE

The undersigned does hereby certify that copies of this Notice and attachments were served to the above persons or entities, if service by mail was indicated above, by depositing same

in the U.S. Mail at Wheeling, Illinois 60090, with proper postage prepaid, or served electronically by the Bankruptcy Court, before 5:00 p.m. on April 29, 2021.

                                                  /s/ David M. Siegel
                                        David M. Siegel, A.R.D.C. #6207611
                                        Attorney for the Debtor(s)

DAVID M. SIEGEL & ASSOCIATES, LLC
790 Chaddick Drive
Wheeling, Il 60090
847/ 520-8100
davidsiegelbk@gmail.com

*To the following persons or entities who were served via regular U.S. Mail:*

Bleusette Morris
6034 S. Keller Ave.
Chicago, IL 60629

American First Finance
c/o Becket and Lee
P.O. box 3002
Malvern, PA 19355-0701

Nissan
P.O. box 660366
Dallas, TX 75266-0366

City of Chicago, Dept. of Finance
Arnold Scott Harris
111 W. Jackson Blvd., Ste. 600
Chicago, IL 60604

US Dept. of Education
c/o FedLoan Servicing
P.O. Box 69184
Harrisburg, PA 17106-9184

Portfolio Recovery Associates
Comenity Bank (DOTS)
P.O. box 41067
Norfolk, VA 23541

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| **In Re:** | ) | 17-14335 |
| | ) | |
| **BLEUSETTE MORRIS,** | ) | Chapter 13 |
| | ) | |
| Debtor(s). | ) | Judge COX |

### MOTION TO RE-OPEN CASE TO ENTER A DISCHARGE

NOW COMES the Debtor, by and through her attorneys, DAVID M. SIEGEL & ASSOCIATES, LLC to present their Motion, and in support thereof state as follows:

1. Jurisdiction is proper and venue is fixed in this Court with respect to these parties.

2. The Debtor filed a petition for relief pursuant to Chapter 13 under Title 11 USC on May 8, 2017. Tom Vaughn was appointed Trustee in this case.

3. A Notice to Individual Debtors in Chapter 12/13 Cases of Required Document for Discharge was sent to the debtor on October 10, 2019. However, the case was dismissed on November 15, 2019 for not filing the Chapter 13 Debtor's Certifications Regarding Domestic Support Obligations and Section 522(q).

4. The Chapter 13 Debtor's Certifications Regarding Domestic Support Obligations and Section 522(q) has now been filed.

5. The delay was unintentional, and was not done to cause harm to creditors of the Debtor.

6. The Debtor seeks leave of the court to allow the late filing of the Chapter 13 Debtor's Certifications Regarding Domestic Support Obligations and Section 522(q) and requests that the court re-open the case and direct the Clerk of the Bankruptcy Court to issue an order of discharge.

WHEREFORE, the Debtor, BLEUSETTE MORRIS, prays that this Honorable Court enter an Order to allow late filing of Chapter 13 Debtor's Certifications Regarding Domestic Support Obligations and Section 522(q) document, to re-open the case, to direct the issue of an order of discharge, and for such other relief that the Court deems just and proper.

Respectfully Submitted,

/s/ David M. Siegel

David M. Siegel, A.R.D.C. #6207611
Attorney for the Debtor(s)

DAVID M. SIEGEL & ASSOCIATES, LLC
790 Chaddick Drive
Wheeling, IL 60090
847/ 520-8100
davidsiegelbk@gmail.com