UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 17-14335 |
| BLEUSETTE MORRIS, | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Jacqueline P Cox |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER GRANTING DEBTOR'S MOTION TO REOPEN CHAPTER 13 CASE**

THIS MATTER coming to heard on the motion of the Debtor, the Court having jurisdiction over the parties and the subject matter and being duly advisedd in the premises and due notice having been given to the parties entitled thereto:

It is hereby ORDERED:

1) The Debtor's Chapter 13 case is reopened.

2) Upon entry of discharge, this case shall be closed.

Enter: *Jacqueline P. Cox*

Honorable Jacqueline Cox
United States Bankruptcy Judge

Dated: May 17, 2021

**Prepared by:**

David M. Siegel, ARDC #6207611
Attorney for the Debtor
DAVID M. SIEGEL & ASSOCIATES, LLC
790 Chaddick Drive
Wheeling, IL  60090
847/520-8100
davidsiegelbk@gmail.com